FILED
2019 Apr-01  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

JET/JBF: APR. 2019
GJ# 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.** |
| **IAN TYLER RETTIG** ) | |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges:

That on or about the 22nd day of October, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**IAN TYLER RETTIG,**

after having been convicted on November 6, 2017, in the Circuit Court of Shelby County, Alabama, of the offenses of Receiving Stolen Property, First Degree, in case number CC-17-737, and Unlawful Breaking and Entering of a Motor Vehicle, in case numbers CC-17-188, CC-17-189, CC-17-190, CC-17-191, and CC-17-192, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm,

that is, a CZ 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

JAY E. TOWN
United States Attorney

*/s/electronic signature*
JOHN B. FELTON
Assistant United States Attorney