FILED
2019 Sep-18  AM 07:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) CASE NUMBER: 2:19-174-MHH-JHE |
| | ) |
| **IAN TYLER RETTIG**, | ) |
| | ) |
| **DEFENDANT.** | ) |

## OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT

Comes now the defendant and objects to the Pre-Sentence Investigation Report on the following grounds:

1. Defendant objects to paragraph 10. Defendant objects to being denied the adjustment for acceptance of responsibility. The Defendant has entered a plea of guilty in a timely manner and allowed the government to avoid a trial in this case. The report writer opines that the Defendant is not entitled to the 2 point reduction due to his possession of drugs during his period of incarceration. She further states that a defendant must demonstrate "voluntary or withdrawal from criminal conduct or associations" to be eligible for the reduction. It is clear that the Defendant was incarcerated and not able to withdraw from criminal associations. It also seems obvious that the Defendant has an addiction to drugs and the denial of the reduction is nothing more than punishing an addict for his addiction when he has not been provided any sort of drug treatment while incarcerated.

2. The proper offense level is 14 and combined with a criminal history category of III yields a sentencing guideline range of 21 months to 27 months.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Ian Tyler Rettig, prays this Honorable Court to consider the foregoing objection.

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing.

Respectfully submitted,

_____
/s/Alison Wallace
Alison Wallace
P.O. Box 36926
Hoover, AL 35236
(205) 500-1667
E-mail: alisonatlaw@gmail.com
ASB-1161-E45A