
IAN RETTIG    N. AL
4-5-2019

[signature]

IAN RETTIG    JEFF CO
11-8-2019

[signature]